UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT WRIGHT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10652** |
| **ROBERT TANNER, ET AL.** | **SECTION: "F" (1)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's official-capacity claims against Robert Tanner for monetary damages are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**IT IS FURTHER ORDERED** that plaintiff's individual-capacity claims against Robert Tanner for monetary damages are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's claims against the Rayburn Correctional Center for monetary damages are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 15th day of January, 2020.

_____
**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**